# EXHIBIT 4

# APPENDIX E

# Declaration of Kevin Nielsen
# on Behalf of
# County Information Services, LLC,
# an Affiliated Company
# of Optiver Services B.V.

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, D.C. 20554**

| | |
|---|---|
| _____ ) | |
| ) | |
| In the Matter of ) | RM- _____ |
| ) | |
| Shortwave Modernization Coalition ) | |
| Petition for Rulemaking to Amend ) | |
| the Commission's Rules to Allow Fixed, ) | |
| Long-Distance, Non-Voice ) | |
| Communications Above 2 MHz and Below ) | |
| 25 MHz. ) | |
| _____ ) | |

**DECLARATION OF KEVIN NIELSEN**
**ON BEHALF OF COUNTY INFORMATION SERVICES, LLC,**
**A SUBSIDIARY OF OPTIVER SERVICES B.V.**

1.　　My name is Kevin Nielsen.  My United States business address is 130 E. Randolph Street, Suite 1300, Chicago, IL 60601.  I am an employee of Optiver Services B.V., an affiliated company of County Information Services, LLC ("CIS").  I have held this position since January 9, 2005.  In this role, I have supervised and participated in the development and implementation of technologies such as modems, RF power amplifiers, custom combining and tuning units, antenna systems, and the development of criteria and testing methodologies for the acquisition and construction of transmit and receive stations related to the use of frequencies between 2 and 25 MHz (the "2-25 MHz Band") in long-distance communications.

2.　　I have supervised CIS's preparation, submission, and prosecution of two FCC experimental licenses, call signs WH2XWU, and WN2XCR, for transmissions on certain 2-25 MHz Band frequencies.  Upon grant of the first CIS experimental license, I oversaw the

development of technology for, and construction of, a 2-25 MHz Band transmission system used to conduct an experiment investigating the feasibility and technologies required to send time-sensitive information using 2-25 MHz Band frequencies at a reduced latency as compared to other wireless frequencies or fiber.

3.      The experiments have primarily used 2-25 MHz Band frequencies that the FCC has allocated for licensed use under Part 90 of the FCC's rules and required the investigation and development of equipment and techniques, including:

- A purpose-built 2-25 MHz Band modem.  The modem uses modulation techniques allowing CIS to comply with the FCC Part 90 mask C requirements.

- High power amplifiers.  We have designed and built a large-scale transmitter (10 kW max transmit power), covering a frequency range of 14-20 MHz and meeting the technical requirements of Part 90.  This transmitter uses our ground-up designed and built modular amplifiers and is remotely controllable in accordance with Part 90 rules.

- Link control systems.  The 2-25 MHz Band transmitter is operated and controlled from sites several hundreds of miles away.  As such, CIS developed a wide-ranging set of software systems to remotely monitor and control the transmitter and site facilities.

- Antenna array designs.  We have designed and built a log-periodic antenna array, customized and optimized for long-distance point-to-point 2-25 MHz Band links within a limited frequency range.  An extensive design, modeling, and field-testing trajectory led to the realization of an log-periodic dipole array that has a directivity close to the theoretically achievable maximum for these antenna types.

- Encoding and selection schemes for data.  An algorithm has been developed which detects changes in information in one marketplace, codifies this data, and then automatically selects a queue priority to send the information via the 2-25 MHz Band link. The queue priority is determined by a set of user-controlled parameters.  The data is later analyzed for timeliness, accuracy, and overall pertinence.

- Low noise receive stations.  Because of the strict requirements for the ambient noise level at a 2-25 MHz Band RX site, during the experimental period, a methodology was developed for the design and build-out of 2-25 MHz Band Receive sites with an extremely low noise floor.

- Channel selection technology.  Using a set of rule-based parameters derived from propagation studies along with interference checks of power-in-band in nearby channels,

CIS has built a channel selection tool to automatically determine the best available channel.

- Interference detection methods. These methods enable checking of power-in-band changes in the current center frequency and over the next user-configurable set of center frequencies. This information is used by software and operators to determine interference risk and to recommend new channels.

4. These experiments have shown the following:

a. reduced latency can be achieved for fixed, long-distance, non-voice communications using 2-25 MHz Band frequencies allocated for Part 90 use;

b. no other known wireless (e.g., microwave point-to-point, or LEO/VLEO satellite systems) or terrestrial (e.g., fiber) technology currently can achieve the same or better latency, and 2-25 MHz Band transmissions have proved to be a valid back-up for primary communications systems that have advantages other than reduced latency (such as increased bandwidth and/or throughput); and

c. multiple licensees can use Part 90 2-25 MHz Band frequencies in this manner without causing harmful interference to incumbent users (or each other).

5. CIS uses a "listen-before-speak" system and a continuous channel monitor to detect and mitigate its own interference on other stakeholders in the 2-25 MHz Band, the technology relies on a mix of automation and human oversight. The interference avoidance techniques and software were developed in-house.

6. During the seven (7) years in which it has operated pursuant to experimental authority in the 2-25 MHz Band, CIS has not experienced harmful interference to our experimental operations, nor have we received harmful interference complaints or inquiries from the FCC or other licensees in the 2-25 MHz Band.

7. CIS is still executing experiments to improve the reliability and scalability of its

2-25 MHz Band technology. While the instant rulemaking petition is pending, CIS will continue to make improvements to its systems to ensure compliance with the proposed future Part 90 authorizations. These efforts include:

- Refining novel harmonic filter and suppression techniques;

- Improving the system interface, automated control, and monitoring techniques;

- Widening the usable frequency range of transmit and receive systems using our existing RF amplifier platform;

- Simplifying and refining signal generation and modulation; and

- Investigating multiple transmission paths and techniques.

Techniques and technologies developed from these tests, such as the widening of the frequency range, simplifications, refinements, and advanced filtering and signal processing techniques, will improve the reliability of the link and ensure compliance with Part 90 Mask C or variants thereof.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: March 30, 2023
Chicago, Illinois

Kevin Nielsen
Optiver Services B.V.