**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| SPECTRANET TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> OPTIVER HOLDING B.V., OPTIVER SERVICES B.V., and COUNTY INFORMATION SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:26-cv-05857 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff SpectraNet Technologies LLC ("Plaintiff"), by and through its undersigned counsel, hereby respectfully moves this Honorable Court for an extension of time for Defendant County Information Services, LLC ("CIS") to answer or otherwise respond to Plaintiff's Complaint to September 16, 2026. Good cause exists for the requested extension and in support of this motion, Plaintiff states as follows:

1.      On June 18, 2026, Plaintiff sent a request to counsel for Defendants to waive service of summons in lieu of formal service.

2.      On June 19, 2026, executed Waivers of Service of Summons were returned on behalf of each Defendant.

3.      Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(ii), Defendants Optiver Holding B.V. and Optiver Services B.V., entities organized under the laws of the Netherlands, have an initial deadline to file an answer or otherwise respond by September 16, 2026, *i.e.*, 90 days from Plaintiff's request for waiver of service (Dkts. 15, 16), while Defendant CIS, a domestic entity, has an initial deadline to file an answer or otherwise respond by August 17, 2026. (Dkt. 17).

1

4.      The parties seek a 30-day extension of Defendant CIS's response deadline to match the response deadline of the other Defendants, so that all Defendants will have a common deadline to answer or otherwise respond to Plaintiff's Complaint. If granted, CIS's deadline to answer or otherwise respond would be extended to September 16, 2026.

5.      This is the first request for an extension of time for Defendant CIS to respond to Plaintiff's Complaint. The requested extension is made in good faith, will not prejudice the parties in any way, nor cause undue delay to the case schedule.

6.      Plaintiff's counsel conferred with Defendants' counsel on June 17, 2026, regarding the requested extension. Both parties have agreed to the requested extension and this motion is filed by agreement.

Dated: June 23, 2026

Respectfully submitted,

*/s/ Charles C. Koole*
Paul J. Skiermont (IL Bar No. 6278464)
Todd A. Martin (TX Bar No. 24066556)
Michael D. Ricketts (TX Bar No. 24079208)
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
tmartin@skiermontderby.com
mricketts@skiermontderby.com

Charles C. Koole (CA Bar No. 259997)
**SKIERMONT DERBY LLP**
633 West Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4501
ckoole@skiermontderby.com

*Attorneys for Plaintiff*
SpectraNet Technologies LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I caused a true and correct copy of the foregoing

Plaintiff's Unopposed Motion for Extension of Time to be served via electronic mail upon

counsel for Defendants:

Benjamin Herhskowitz
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(212) 351-2410
BHershkowitz@gibsondunn.com

*/s/ Charles C. Koole*