**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SpectraNet Technologies LLC

Plaintiff,

v.

Case No.: 1:26−cv−05857
Honorable Andrea R. Wood

Optiver Services B.V., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 21, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Defendants' joint motion regarding stipulation to voluntarily dismiss Defendant Optiver Holding B.V. [34] is granted. The claims against Defendant Optiver Holding B.V., only, are dismissed without prejudice. The Clerk is directed to terminate Defendant Optiver Holding B.V. as a party. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.