**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SpectraNet Technologies LLC
Plaintiff,
v.
Optiver Services B.V., et al.
Defendant.

Case No.: 1:26−cv−05857
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2026:

MINUTE entry before the Honorable Andrea R. Wood: The joint motion for leave to file coordinated briefing in support of motions to dismiss, to set page limits, and for a briefing schedule [37] is granted. Defendants are granted leave to file a single, consolidated 20−page brief in support of all Defendants' anticipated Rule 12(b)(6) motions to dismiss on the grounds of subject matter ineligibility of each of the asserted patents under 35 U.S.C. § 101. Each set of Defendants in the related actions may also file a separate brief of not more than 5 pages addressing any other Defendant−specific grounds for dismissal. In response to the anticipated motions to dismiss, Plaintiff is granted leave to file a single, consolidated 20−page brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and separate response briefs of not more than five−pages for each set of Defendants to address any other Defendant−specific grounds for dismissal. Finally, Defendants are granted leave to file a single, consolidated 10−page brief in reply to Plaintiff's brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and each set of Defendants in the related actions may also file a separate reply brief of not more than three pages on other Defendant−specific grounds for dismissal. The motions to dismiss shall be briefed according to the following schedule: Defendants' motion to dismiss and joint motion to stay shall be filed by 9/25/2026; Plaintiff's opposition to Defendants' joint motion to stay shall be filed on or before 10/9/2026 and its oppositions to Defendants' motions to dismiss shall be filed on or before 10/23/2026; and Defendants shall file a reply brief in support of their joint motion to stay on or before 10/16/2026 and shall file their reply briefs in support of their motions to dismiss on or before 11/6/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.