**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVER SERVICES B.V. AND COUNTY INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-05857<br><br>Hon. Andrea R. Wood<br><br>**HEARING REQUESTED** |

**DEFENDANTS OPTIVER SERVICES B.V. AND COUNTY INFORMATION SERVICES, LLC'S MOTION TO DISMISS WILLFUL AND INDUCED INFRINGEMENT**

Defendants Optiver Services B.V. and County Information Services, LLC ("Optiver") have concurrently filed a motion to dismiss Plaintiff SpectraNet Technologies LLC's ("SpectraNet") complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim because, as a matter of law, the claims of the Asserted Patents are directed to patent-ineligible subject matter under 35 U.S.C. § 101.

As set forth in the accompanying Memorandum of Law, if the Court concludes the asserted patents do claim patent-eligible subject matter, Optiver respectfully requests the Court dismiss SpectraNet's claims for induced and willful infringement for failing to plausibly allege either theory of infringement.

**Request for a Hearing**

Pursuant to this Court's Procedures, Optiver respectfully requests that the Court schedule a hearing for this Motion.

Dated: September 25, 2026

By: */s/ Steven J. Horowitz*

Steven J. Horowitz
shorowitz@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

Brian A. Rosenthal (*pro hac vice*)
brosenthal@gibsondunn.com
Benjamin Hershkowitz (*pro hac vice*)
bhershkowitz@gibsondunn.com
Alena Farber (*pro hac vice*)
afarber@gibsondunn.com
Michelle J. Zhu (*pro hac vice*)
mzhu@gibsondunn.com
Talus Iorio-Ronek (*pro hac vice*)
tiorio-ronek@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Ting-Wei Chiang (*pro hac vice*)
atchiang@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.831.6106

Al Suarez (*pro hac vice*)
asuarez@gibsondunn.com
Julia Tabat
jtabat@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

*Attorneys for Defendants Optiver Services B.V. and County Information Services, LLC*