**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVER SERVICES B.V. AND COUNTY INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-05857<br><br>Hon. Andrea R. Wood<br><br>**HEARING REQUESTED** |

**[PROPOSED] ORDER ON DEFENDANTS OPTIVER SERVICES B.V. AND COUNTY INFORMATION SERVICES, LLC'S MOTION TO DISMISS WILLFUL AND INDUCED INFRINGEMENT**

Before the Court is Defendants Optiver Services B.V. and County Information Services, LLC's Motion to Dismiss Willful and Induced Infringement. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Plaintiff SpectraNet Technologies LLC's claims for willful and induced infringement are hereby dismissed.

**SIGNED this ___th day of September, 2026.**

________________________________
ANDREA R. WOOD