**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>IMC-CHICAGO, LLC d/b/a IMC TRADING; IMC AMERICAS, INC.; IMC GLOBAL HOLDINGS LLC; RCA TELECOM LLC; and TOGGLE COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 1:26-cv-05838<br><br>Hon. Andrea R. Wood |
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVER SERVICES B.V. AND COUNTY INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-05857<br><br>Hon. Andrea R. Wood |
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JUMP FINANCIAL, LLC; JUMP TRADING HOLDINGS, LLC; JUMP TRADING, LLC; WORLD CLASS WIRELESS, LLC; VIRTU FINANCIAL, INC.; NEW LINE NETWORKS LLC; and 10BAND LLC<br><br>Defendants. | Case No. 1:26-cv-05866<br><br>Hon. Andrea R. Wood |

SPECTRANET TECHNOLOGIES LLC,

Plaintiff,

v.

RAFT TECHNOLOGIES LTD and 3DB COMMUNICATION INC.,

Defendants.

Case No. 1:26-cv-05870

Hon. Andrea R. Wood

**DEFENDANTS' MOTION TO EXTEND**
**THE INITIAL LOCAL PATENT RULE DEADLINES**

Defendants IMC-Chicago, LLC d/b/a IMC Trading; IMC Americas, Inc.; IMC Global Holdings LLC; RCA Telecom LLC; Toggle Communications LLC; Optiver Services B.V.; County Information Services, LLC; Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; World Class Wireless, LLC; Virtu Financial, Inc.; New Line Networks LLC; 10Band LLC; Raft Technologies Ltd; and 3DB Communication Inc. (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Patent Rule 1.1 for an order extending the initial Local Patent Rule ("LPR") deadlines pending resolution of Defendants' pending motion to stay discovery (the "Motion to Stay"). In support of this Motion, Defendants state as follows:

Defendants have moved to dismiss the Complaint in each of the above-captioned cases in its entirety on the ground that every asserted claim is directed to patent-ineligible subject matter under 35 U.S.C. § 101 (the "Motion to Dismiss"). Defendants also moved to stay all discovery, including the schedule and accompanying disclosures contemplated by the Local Patent Rules,

pending resolution of the Motion to Dismiss. (Dkts. 39, 43)[1] The Motion to Stay therefore already asks the Court to defer the deadlines addressed here.

The Court was scheduled to hold the Initial Scheduling Conference on October 6, 2026. On September 25, 2026, the same date as Defendants moved to dismiss and stay, the Court struck the October 6, 2026 initial status conference and rescheduled it for November 12, 2026. (Dkt. # 38). Defendants interpret that Order as contemplating that the normal LPR deadlines and case management meet and confer/reporting were also extended and to be discussed at the Initial Scheduling Conference. However, Plaintiff has taken the position that even though the Initial Scheduling Conference was moved, the nominal LPR schedule is still applicable. Out of an abundance of caution, and because the first LPR scheduled date falls on October 9, 2026—before the Initial Status Scheduling Conference or the Motion to Stay will be fully briefed—Defendants respectfully request extensions of the specific initial LPR deadlines identified in the table below, most of which currently fall before the November 12, 2026 initial status hearing.

Without consideration of Defendants' Motion for Stay, Defendants' responses to the Complaint—i.e., the Motion to Dismiss—would have triggered the initial LPR deadlines under LPR 2.1 *et seq.* Those deadlines have not previously been extended. The current and proposed deadlines are as follows:

| Event | Deadline Pursuant to LPR | Proposed New Deadline |
| --- | --- | --- |
| Initial Disclosures and accompanying production (LPR 2.1) | October 9, 2026 | One week after the November 12, 2026 initial status hearing, or the date the Court denies the Motion to Stay, whichever is later |
| Initial Infringement Contentions (LPR 2.2) | October 23, 2026 | Four weeks after Initial Disclosures |

[1] Unless otherwise noted, all docket citations herein are to the docket in the lowest-numbered case, *SpectraNet Technologies LLC v. IMC-Chicago, LLC*, No. 1:26-cv-05838 (N.D. Ill.).

| Event | Deadline Pursuant to LPR | Proposed New Deadline |
|---|---|---|
| Initial Non-Infringement, Unenforceability, and Invalidity Contentions (LPR 2.3) | November 6, 2026 | Six weeks after Initial Infringement Contentions |
| Initial Response to Non-Infringement and Invalidity Contentions (LPR 2.5) | November 20, 2026 | Six weeks after Initial Non-Infringement, Unenforceability, and Invalidity Contentions |

If the Court grants Defendants' Motion to Stay, the foregoing deadlines would be governed by the stay and would be reset upon any lifting of the stay.

Plaintiff has indicated that it intends to oppose this motion and has insisted that the parties abide by the default deadlines as set by the LPR—which are the subject of the Motion to Stay—effectively mooting that motion, in part, before it is fully briefed. Plaintiff's position is as unreasonable as it is unnecessary: Plaintiffs would not be prejudiced by extending the LPR deadline while the Motion to Stay and Motion to Dismiss are pending, and the extensions would instead promote judicial efficiency and preserve the Court's and parties' resources. This Court has previously granted similar relief where a similar motion to dismiss and motion to stay were pending. *See Atos, LLC* v. *AllState Insurance Co.*, Dkt. No. 43 at 14-16, Case No. 1:20-cv-06224 (N.D. Ill. Jan. 28, 2021). At the least, the schedule, including the LPR deadlines, can be discussed at the Initial Status Conference now set for November 12, 2026.

Defendants have addressed each item required under this Court's procedures for a motion for an extension of time. Specifically:

- Defendants have contacted all other parties in the case. Because this Motion is brought on behalf of every Defendant, Plaintiff is the only other party, and counsel for Defendants contacted counsel for Plaintiff to determine whether Plaintiff objects.

- This is Defendants' first request (consistent with the request set forth in the Motion to Stay) to extend the Local Patent Rule deadlines, which have not previously been modified.
- The reasons for the request are set forth above.
- As to previous relief granted, the only prior extensions in this case were for Defendants' deadline to respond to the Complaint, first to September 4, 2026 and then to September 25, 2026, each granted on Plaintiff's own unopposed or agreed motion.
- As discussed above, counsel for Defendants asked counsel for Plaintiff on October 5, 2026 whether Plaintiff would agree to the proposed extension. Plaintiff responded on October 6, 2026 that it wishes to keep the original deadlines, and confirmed on October 7, 2026 that it opposes this Motion. Plaintiff therefore objects to the relief requested, and this Motion is opposed.
- Defendants bring this Motion in good faith and not for purposes of delay, before the current deadlines expire, and stand ready to proceed promptly on the proposed schedule if the Court denies the Motion to Stay.

For the foregoing reasons, Defendants respectfully request that the Court enter an order extending the initial Local Patent Rule deadlines as set forth in the table above. Defendants further request that, should the Court grant the Motion to Stay, those deadlines be governed by the stay and be reset upon any lifting of the stay.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Brian Sodikoff*
Brian Sodikoff
Matthew T. Messina
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
brian.sodikoff@katten.com
matthew.messina@katten.com

Christopher B. Ferenc (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
202.625.3647
christopher.ferenc@katten.com

*Attorneys for Defendants IMC-Chicago, LLC d/b/a IMC Trading; IMC Americas, Inc.; IMC Global Holdings LLC; RCA Telecom LLC; and Toggle Communications LLC*

/s/ *Steven J. Horowitz*
Steven J. Horowitz
shorowitz@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

Brian A. Rosenthal (*pro hac vice*)
brosenthal@gibsondunn.com
Benjamin Hershkowitz (*pro hac vice*)
bhershkowitz@gibsondunn.com
Alena Farber (*pro hac vice*)
afarber@gibsondunn.com
Michelle J. Zhu (*pro hac vice*)
mzhu@gibsondunn.com
Talus Iorio-Ronek (*pro hac vice*)
tiorio-ronek@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Facsimile: 212.351.4035

Ting-Wei Chiang (*pro hac vice*)
atchiang@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.831.6106

Al Suarez (*pro hac vice*)
asuarez@gibsondunn.com
Julia Tabat
jtabat@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

*Attorneys for Defendants Optiver Services B.V. and County Information Services, LLC*

/s/ *William E. Devitt*

William E. Devitt
Matthew J. Hertko
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: wdevitt@jonesday.com
mhertko@jonesday.com

*Attorneys for Defendants Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; and World Class Wireless, LLC*

/s/ *Catherine Nyarady*
Catherine Nyarady (*pro hac vice*)
Thomas Macchio (*pro hac vice*)
Stephanie L. Chin (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212.373.3000
cnyarady@paulweiss.com
tmacchio@paulweiss.com
schin@paulweiss.com

David E. Cole (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Tel.: 202.223.7300
dcole@paulweiss.com

William J. Cadigan
**AKIN GUMP STRAUSS HAUER & FELD LLP**
190 S. LaSalle Street, Suite 2800
Chicago, IL 60603
Tel.: 312.276.0400
wcadigan@akingump.com
IL Attorney Reg. No.: 6211964

Cono A. Carrano (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, NW
Washington, DC 20006
Tel.: 202.887.4000
ccarrano@akingump.com

*Attorneys for Defendant Virtu Financial, Inc.*

*/s/ William E. Devitt*
William E. Devitt
Matthew J. Hertko
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: wdevitt@jonesday.com
mhertko@jonesday.com

Catherine Nyarady (*pro hac vice*)
Thomas Macchio (*pro hac vice*)
Stephanie L. Chin (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212.373.3000
cnyarady@paulweiss.com
tmacchio@paulweiss.com
schin@paulweiss.com

David E. Cole (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Tel.: 202.223.7300
dcole@paulweiss.com

*Attorneys for Defendants New Line Networks LLC and 10Band LLC*

/s/ *Jeremy S. Goldkind*
Jeremy S. Goldkind
**VENABLE LLP**
227 West Monroe Street, Suite 1900
Chicago, IL 60606
312.210.1522
jsgoldkind@Venable.com

Adam P. Samansky (to be admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
617.348.1819
APSamansky@mintz.com

*Attorneys for Defendants Raft Technologies Ltd. and 3DB Communication Inc.*