**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVER SERVICES B.V. and COUNTY INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-05857<br><br>Hon. Andrea R. Wood |

**DECLARATION OF MICHELLE J. ZHU IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

I, Michelle J. Zhu, declare as follows:

I am a member in good standing of the bars of the State of New York and the District of Columbia and am an associate at Gibson, Dunn and Crutcher LLP, counsel for Defendants Optiver Services B.V. and County Information Services, LLC (collectively, "Optiver") in this action. I have been admitted *pro hac vice* for this matter. I respectfully submit this Declaration in support of Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to Rule 12(b)(6), which is filed herewith.

1. Attached hereto as **Exhibit 1** is a is a true and correct copy of the examiner's Non-Final Rejection from the file history of U.S. Patent No. 12,414,002, dated March 17, 2025, with highlighting added.

2. Attached hereto as **Exhibit 2** is a is a true and correct copy of the applicant's electronic terminal disclaimer from the file history of U.S. Patent No. 11,516,694, dated March 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed: November 6, 2026
New York, New York

*/s/ Michelle J. Zhu*
Michelle J. Zhu